UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETZ WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO GENERAL HOSPITAL,<br><br>　　　　　Defendant. | Case No. 23-cv-05505-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Docket No. 8 |

　　　　Plaintiff Bretz Washington, proceeding pro se, has filed suit against Defendant San Francisco General Hospital, asserting a violation of an unidentified federal right. Judge Hixson granted Mr. Washington's application to proceed in forma pauperis but dismissed the complaint with leave to amend pursuant to the screening required by 28 U.S.C. § 1915(e).

　　　　In his order, Judge Hixson explained that he could not "discern any cognizable claim" as pled in the complaint and further indicated that subject matter jurisdiction was lacking because (1) Mr. Washington had not "identified any specific [federal] statute or constitutional right that has been violated" (for federal question jurisdiction) and (2) the parties did not appear to be diverse (for diversity jurisdiction). Docket No. 6 (Order at 4). Judge Hixson also noted that Mr. Washington's complaint did not comply with Federal Rule of Civil Procedure 8. *See* Docket No. 6 (Order at 5-6). Judge Hixson gave Mr. Washington until December 6, 2023 (*i.e.*, a month), to file an amended complaint that corrected the deficiencies identified.

　　　　Mr. Washington did not file an amended complaint. Therefore, Judge Hixon issued a report and recommendation ("R&R") in which he reiterated why the original complaint was deficient. Judge Hixson noted that Mr. Washington could object to the R&R within fourteen (14)

days after being served.  No objection has been filed with the Court.

The Court has reviewed the R&R and finds it thorough, well reasoned, and correct.  The Court also takes note of the lack of any objection by Mr. Washington.  Accordingly, the Court hereby **ADOPTS** the R&R in its entirety and dismisses Mr. Washington's case without prejudice.

The Clerk of the Court is ordered to enter a final judgment in accordance with the above and close the file in this case.

This order disposes of Docket No. 8.

**IT IS SO ORDERED**.

Dated: January 9, 2024

_____
EDWARD M. CHEN
United States District Judge